# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: __D9-372 M__

2) Defendant's Name: __Alvi__ __Ali__ _____
   (Last)               (First)              (M.I.)

3) Age: _____

4) Title: _____ Section(s): _____

5) Citizen of: _____ Needs: _____ Interpreter

6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ___Yes ___No   Other District: _____

8) Name of Interpreter used today: _____ Language: _____

9) Arraignment on complaint held: _✓_Yes ___No  Date/Time: __1/18/15__

10) Detention Hearing Held: ___ Bail set at: _____ ROR Entered: ___ POD Entered: _✓_

11) Temporary Order of Detention Entered: ___  Bail Hearing set for: _____

12) (a) Preliminary Hearing set for: _____; or waived: _✓_

    (b) Removal Hearing set for: _____; or waived: _____

    (c) Status Conference set for: _____

13) ASSISTANT U.S. ATTORNEY: __Zainab Ahmad, Doug Pravda__

14) DEFENSE COUNSEL'S NAME: __Stuart Grossman__
    Address: _____
    Bar Code: _____ (CJA:)_✓_ FDNY:_✓_ RET:_✗_
    Telephone Number: (___) _____

15) LOG #: __Sunday__  MAG. JUDGE: __Locke__

16) ___ Defendant was advised of bond conditions by the Court and signed the bond.
    ___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ___ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _____

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____, 20___

_____
UNITED STATES MAGISTRATE JUDGE